THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEVIN B. FINN
Assistant United States Attorney                                JS-6
Calif. Bar No. 128072
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6739
    Fax:              894-7327
Attorneys for Counter-Plaintiff
United States Postal Service

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PATRICIA VELOZ, | NO. CV 08-3870 ABC (JTLx) |
|     Plaintiff, | CONSENT JUDGMENT |
| v. | |
| UNITED STATES POSTAL SERVICE, a Federal agency and BLUE CROSS OF CALIFORNIA, a California corporation, | Honorable Audrey B. Collins |
|     Defendant. | |
| UNITED STATES POSTAL SERVICE, | |
|     Counter-Plaintiff, | |
| v. | |
| PATRICIA VELOZ, | |
|     Counter-Defendant. | |

    Counter-Plaintiff United States Postal Service, through the United States of America, having filed its Counter-Claim herein, and Counter-Defendant Patricia Veloz, in light of the Court having granted the United States' Motion for a Default Judgment on June 11, 2009, do hereby consent to the making and entry of this Judgment and

Order, and do hereby agree as follows:

1. On June 11, 2009, this Court granted the United States' Motion for a Default Judgment against Patricia Veloz and ordered Patricia Veloz to pay $ 5,689.50 to the United States.

2. Patricia Veloz hereby agrees to the entry of judgment in favor of the United States against Patricia Veloz in the sum of $5,689.50, owed by Patricia Veloz as a result of the overpayment by the Postal Service of health insurance premiums on behalf of Patricia Veloz from June 17, 2006 until July 17, 2007.

3. This judgment will accrue post-judgment interest at the rate allowed by law.

4. Patricia Veloz shall pay to United States bi-weekly installments of Seventy-Three Dollars ($73.00) commencing on or before September 7, 2009, until the judgment is paid in full. The parties anticipate that Patricia Veloz will have satisfied the debt after making 78 monthly payments over three years.

5. The United States will record judgment liens with the applicable County Recorder wherein Patricia Veloz resides or owns real property, however, as long as Patricia Veloz makes payments as set forth herein, the United States will otherwise take no action to enforce the consent judgment.

6. Patricia Veloz shall keep the attorneys for United States informed in writing of any material change in her financial situation or ability to pay, and of any change in her employment, place of residence, or telephone number.

7. The bi-weekly $73.00 payment rate will be reevaluated in twelve (12) months and may be modified, as necessary, to take into

account the changed economic circumstances of Patricia Veloz. For purpose of evaluation and possible modification, Patricia Veloz will provide the United States with a Financial Statement (Form OBD 500), and a copy of her Federal Income Tax returns including all attachments, two(2) months prior to the first anniversary of the judgment, and at the same time each year thereafter, until the Consent Judgment is satisfied.

    8. Should Patricia Veloz become delinquent, after notice to cure and a reasonable opportunity to cure, in making any payment due hereunder, United States shall have the right to immediately without further notice enforce the Consent Judgment for the remaining balance then due, after giving credit for any payments made, in accordance with the applicable laws.

    9. If Patricia Veloz pays the amount of $5,689.50 with interest, as set forth in paragraphs 3 and 4, above, the consent judgment shall be deemed fully paid, and the United States shall prepare and file with the Court a Satisfaction of Judgment.

DATED: July 27, 2009.

                        AUDREY B. COLLINS
                        UNITED STATES DISTRICT JUDGE

Approved and Agreed as to Form and Content:

PATRICIA VELOZ

/s/ *PATRICIA VELOZ*
Defendant Pro Se

THOMAS P. O'BRIEN

```
 1 │ United States Attorney
   │ LEON W. WEIDMAN
 2 │ Assistant United States Attorney
   │ Chief, Civil Division
 3 │ ZORAN J. SEGINA
   │ Assistant United States Attorney
 4 │ Fiscal Litigation Unit
 5 │
   │  /s/ KEVIN B. FINN
 6 │ KEVIN B. FINN
   │ Assistant United States Attorney
 7 │ Attorneys for Counter-Plaintiff
   │ United States Postal Service
 8 │
```

4